IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BROOKE OLASEWERE** | **CIVIL ACTION** |
| **v.** | **NO. 23-2115** |
| **PROGRESSIVE ADVANCED INSURANCE COMPANY** | **Before the Hon. Michael M. Baylson** |

## ORDER

**AND NOW, TO WIT:** This 13th day of December, 2023, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk of Court shall mark this case **CLOSED**.

**GEORGE WYLESOL**, Clerk of Court

**BY:** /s/ Lori K. DiSanti
Lori K. DiSanti
Deputy Clerk

O:\CIVIL 23\23-2115 Olasewere v. Progressive Advanced Insruance Co\23cv2115 41b order.docx